Case 1:16-cv-02370-RMC   Document 8   Filed 02/22/17   Page 1 of 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NELSON MANUEL CERROS RODRIGUEZ ) | |
| ) | |
| Plaintiff ) | Civil Action No. 1:16-cv-02370-RMC |
| ) | |
| v. ) | |
| ) | |
| CHINA, LLC ) | |
| d/b/a MEIWAH RESTAURANT ) | |
| ) | |
| Defendant ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Fed. R. Civ. P. 41(a)(1), plaintiff Nelson Manuel Cerros Rodriguez and defendant China, LLC d/b/a Meiwah Restauran,t by undersigned counsel, dismiss the above action with prejudice.

Respectfully submitted,

**LAW OFFICES OF JUSTIN ZELIKOVITZ, PLLC**

By:_____/s/_____
  Justin Zelikovitz
  D.C. Bar # 986001
  419 H Street, NW
  Washington, DC 20001
  justin @ dcwagelaw.com

Counsel for Plaintiff

and

**KAHN & SCHARMAN, LLC**

By:_____/s/_____
        Steven C. Kahn
        D.C. Bar #330431
        3415 Cummings Lane
        Chevy Chase, MD 20815
        (301)-838-4113
        skahn@kahn-law.com

        Counsel for Defendant

February 22, 2017